Janel R. Ablon, Bar No. 198678
jablon@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 800.715.1330

Kyra A. Buch, Bar No. 296192
kbuch@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 800.715.1330

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FLOR GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-02457<br><br>**NOTICE OF RELATED CASES**<br><br>Trial Date: N/A<br>Complaint Filed: October 13, 2023 |

LITTLER
MENDELSON P.C.
2049 Century Park
East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

1                               NOTICE OF RELATED CASES

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.3 of the United States District Court for the Central District of California, Defendant AMAZON.COM SERVICES LLC ("Defendant") hereby avers that:

1. To Defendant's knowledge, no action previously filed in the Central District appears to arise from the same or substantially identical transactions, happenings, or events as those alleged in the present lawsuit.

2. To Defendant's knowledge, no action previously filed or currently pending in the Central District appears to call for a determination of the same or substantially identical questions of law and fact.

3. To Defendant's knowledge, no action previously filed or currently pending in the Central District appears will entail substantial duplication of labor with the present lawsuit if heard by different judges.

4. The present lawsuit does not involve issues of patent, trademark, or copyright.

Dated:    November 4, 2023

LITTLER MENDELSON, P.C.

_____
Janel R. Ablon
Kyra A. Buch
Attorneys for Defendant
AMAZON.COM SERVICES LLC

4856-6869-2626.2 / 114766-1138

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2
NOTICE OF RELATED CASES